UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

JOHN R. BULBA, *et al.*,

    Plaintiffs,

v.                               Civil Action No. 2:22cv66

ED BORKOWSKI, *et al.*,

    Defendants.

## SHOW CAUSE ORDER

It appears to the Court that the complaint has not been served within 90 days of the filing of the complaint, as to defendants Peter Wirth, Ann Barnes, Terry Wilshire, or Robert Dickenson. Accordingly, it is hereby

ORDERED that within twenty (20) days, the plaintiff show cause, if any, why this civil action should not be dismissed as to said defendants pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 17th day of May, 2022.

                                                            Raymond A. Jackson, Senior U.S. District Judge